IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01233-BNB

LeROY DAMASIO FRESQUEZ,

    Plaintiff,

v.

JEFFERSON COUNTY,
DEPUTY BALDWIN, Jefferson County Sheriff,
SERGEANT ON DUTY WHO RECEIVED "KITE" REQUEST FORM (NAME
    UNKNOWN)
LIEUTENANT ON DUTY MAY 29th 2008 (NAME UNKNOWN),
CORRECTIONAL HEALTHCARE MANAGEMENT,
NURSE KRISTEN (LAST NAME UNKNOWN), CHM,
NURSE VICKY (LAST NAME UNKNOWN), CHM,
NURSE TRACY (LAST NAME UNKNOWN), CHM,
NURSE CANDICE (LAST NAME UNKNOWN), CHM,
NURSE SHERLY (LAST NAME UNKNOWN), CHM, and
NURSE BARB (LAST NAME UNKNOWN), CHM,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2008

GREGORY C. LANGHAM
    CLERK

## ORDER TO DISMISS IN PART AND TO DRAW CASE
## TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

Plaintiff LeRoy Damasio Fresquez currently is detained at the Jefferson County Detention Facility in Golden, Colorado. Originally on June 4, 2008, Mr. Fresquez submitted to the Court a Prisoner Complaint, in which he asserts that his constitutional rights have been violated. Magistrate Judge Boyd N. Boland reviewed the Complaint, determined that Plaintiff failed to assert personal participation by properly named defendants, and entered an order on June 25, 2008, directing Plaintiff to amend the

Complaint and correct the deficiencies. On July 23, 2008, Plaintiff filed an Amended Complaint.

In the Amended Complaint, Mr. Fresquez asserts that he was assaulted by another inmate and was denied proper medical treatment for the injuries he received as a result of the assault in violation of his Eighth Amendment rights. He also asserts that in violation of his First Amendment rights he was denied the ability to file a grievance regarding the lack of proper medical treatment. Mr. Fresquez seeks money damages and injunctive relief.

With respect to the claims asserted against Defendants Deputy Baldwin, Sergeant on Duty, Lieutenant on Duty, Nurse Kristen, Nurse Vicky, Nurse Tracy, Nurse Candice, Nurse Sherly, Nurse Barb, and Correctional Healthcare Management the action will be drawn to a district judge and to a magistrate judge.

As for Defendant Jefferson County, municipalities and municipal entities are not liable under 42 U.S.C. § 1983 solely because their employees inflict injury on a plaintiff. **Monell v. New York City Dep't of Social Servs.**, 436 U.S. 658, 694 (1978); **Hinton v. City of Elwood, Kan.**, 997 F.2d 774, 782 (10th Cir. 1993). To establish liability, a plaintiff must show that a policy or custom exists and that there is a direct causal link between the policy or custom and the injury alleged. **City of Canton, Ohio v. Harris**, 489 U.S. 378, 385 (1989). Mr. Fresquez cannot state a claim for relief under § 1983 merely by pointing to isolated incidents. **See Monell**, 436 U.S. at 694.

In the Amended Complaint, Mr. Fresquez asserts that Defendants Baldwin, Sergeant on Duty, Lieutenant on Duty, and Nurses Kristen, Vicky, Tracy, Candice,

2

Sherly, and Barb failed to follow the Jefferson County policies when they failed to provide him with proper medical treatment and denied him access to the grievance procedure. Mr. Fresquez's claims do not implicate a policy or custom of Jefferson County. Therefore, the Jefferson County is not a proper party to the action. Accordingly, it is

ORDERED that Defendant Jefferson County is dismissed from the action. It is

FURTHER ORDERED that the Clerk of the Court shall remove Defendant Jefferson County from the docketing record as a party to this action. It is

FURTHER ORDERED that the claims asserted against Defendants Deputy Baldwin, Sergeant on Duty, Lieutenant on Duty, Nurse Kristen, Nurse Vicky, Nurse Tracy, Nurse Candice, Nurse Sherly, Nurse Barb, and Correctional Healthcare Management shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 30 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01233-BNB

Leroy Demasio Fresquez
Prisoner No. P00175857
Jefferson County Det. Facility
PO Box 16700
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/30/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk