FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 5 2008

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01233-REB-CBS

LEROY DAMASIO FRESQUEZ,

      Plaintiff,

v.

DEPUTY BALDWIN, Jefferson County Sheriff,
SERGEANT ON DUTY WHO RECEIVED "KITE" REQUEST FORM (NAME
UNKNOWN),
LIEUTENANT ON DUTY MAY 29TH 2008 (NAME UNKNOWN),
CORRECTIONAL HEALTHCARE MANAGEMENT,
NURSE KRISTEN (LAST NAME UNKNOWN), CHM.,
NURSE VICKY (LAST NAME UNKNOWN), CHM.,
NURSE TRACY (LAST NAME UNKNOWN), CHM.,
NURSE CANDICE (LAST NAME UNKNOWN), CHM.,
NURSE SHERLY (LAST NAME UNKNOWN), CHM., and
NURSE BARB (LAST NAME UNKNOWN), CHM.,

      Defendants.

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

---

**Blackburn, J.**

      This matter is before the court on the affidavit in support of the motion for leave
to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The
court has granted the plaintiff leave to proceed *in forma pauperis*.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from
each of the defendants;

      2. That if the Clerk is unable to do so, then the United States Marshal shall serve
a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served  shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated August 12, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01233-REB-CBS

Leroy D. Resquez
#P00175857
Jefferson County Detention Fac.
PO Box 16700
Golden, CO 80402

US Marshal Service
Service Clerk
Service forms for: Deputy Baldwin, Correctional Healthcare Mgt., Nurse Kristen, Nurse Vicky, Nurse Tracy, Nurse Candice, Nurse Sherly, and Nurse Barb.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Deputy Baldwin, Correctional Healthcare Mgt., Nurse Kristen, Nurse Vicky, Nurse Tracy, Nurse Candice, Nurse Sherly, and Nurse Barb: AMENDED COMPLAINT FILED 07/23/08, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on _8/15/08_.

GREGORY C. LANGHAM, CLERK

By:_____
             Deputy Clerk