IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01233-REB-CBS

LEROY DAMASIO FRESQUEZ,
    Plaintiff,
v.

DEPUTY BALDWIN, Jefferson County Sheriff, et al.,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Fresquez' request "of appointing counsel, . . . to serve the amended complaint," and to "receive a copy of the amended complaint" (filed August 27, 2008) (doc. # 28) (docketed by the Clerk of the Court as "Motion to Appoint Counsel, Motion for Order to have copy of the Amended Complaint"). Pursuant to the Order of Reference dated August 12, 2008 (doc. # 17) and the memorandum dated August 29, 2008 (doc. # 37), this matter was referred to the Magistrate Judge. The court has reviewed the matter, the entire case file, and the applicable law and is sufficiently advised in the premises.

    First, for the reasons stated in the court's Order dated August 20, 2008 (doc. # 22), Mr. Fresquez' request for appointed counsel was properly denied. Second, for the reasons stated at page 3 of the court's Order dated August 20, 2008, Mr. Fresquez' request for service of the Amended Complaint is unnecessary. On August 15, 2008, District Judge Blackburn issued an "Order Requiring Service by United States Marshal" (doc. # 19). Eight returns of service have been filed with the court thus far. (*See* docs. # 29 thru # 36). Third, the court will request that the Clerk of the Court mail Mr. Fresquez a copy of the Amended Complaint (doc. # 13).

Accordingly, IT IS ORDERED that:

1. Mr. Fresquez' request "of appointing counsel . . . to serve the amended complaint," and to "receive a copy of the amended complaint" (filed August 27, 2008) (doc. # 28) (docketed by the Clerk of the Court as "Motion to Appoint Counsel, Motion for Order to have copy of the Amended Complaint") is DENIED IN PART AND GRANTED IN PART.

2. Mr. Fresquez' request "of appointing counsel" and "to serve the amended complaint" are DENIED.

3. Mr. Fresquez' request to "receive a copy of the amended complaint" is GRANTED.

4. The court requests the Clerk of the Court to mail Mr. Fresquez a copy of the Amended Complaint (doc. # 13).

DATED at Denver, Colorado, this 5th day of September, 2008.

BY THE COURT:


　　s/Craig B. Shaffer
United States Magistrate Judge