IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01233-REB-CBS

LEROY DAMASIO FRESQUEZ,
    Plaintiff,
v.

DEPUTY BALDWIN, Jefferson County Sheriff, *et al.*,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Fresquez' "Response to Defendant Deputy Baldwin, Sergeant Doe, and Lieutenant Doe Reply in further Support of their Motion and Brief to Dismiss [sic]" (filed September 24, 2008) (doc. # 48). Pursuant to the Order of Reference dated August 12, 2008 (doc. # 17) and the memorandum dated August 26, 2008 (doc. # 26), the pending Motion to Dismiss was referred to the Magistrate Judge.

    The Local Rules of Practice for the United States District Court for the District of Colorado contemplate a response and a reply to a motion, but not a further response to a reply. *See* D.C. COLO. LCivR 7.1C. The court is not required to accept any further briefing on the pending Motion to Dismiss. *See id.* Accordingly,

    IT IS ORDERED that the briefing on "Defendants Deputy Baldwin, Sergeant Doe, and Lieutenant Doe's Combined Motion and Brief to Dismiss" (doc. # 24) is CLOSED. No further briefs regarding that Motion to Dismiss will be accepted and may be stricken

by the court. The Motion has been fully briefed and the court will issue a Recommendation in due course.

DATED at Denver, Colorado, this 25th day of September, 2008.

BY THE COURT:


 s/Craig B. Shaffer
United States Magistrate Judge