IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01233-REB-CBS

LEROY DAMASIO FRESQUEZ,
    Plaintiff,
v.

DEPUTY BALDWIN, Jefferson County Sheriff,
SERGEANT ON DUTY WHO RECEIVED "KITE" REQUEST FORM (NAME UNKNOWN),
LIEUTENANT ON DUTY MAY 29TH, 2008 (NAME UNKNOWN),
CORRECTIONAL HEALTHCARE MANAGEMENT,
NURSE KRISTEN (LAST NAME UNKNOWN), CHM,
NURSE VICKY (LAST NAME UNKNOWN), CHM,
NURSE TRACY (LAST NAME UNKNOWN), CHM,
NURSE CANDICE (LAST NAME UNKNOWN), CHM,
NURSE SHERLY (LAST NAME UNKNOWN), CHM, and
NURSE BARB (LAST NAME UNKNOWN), CHM,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Fresquez' "Motion to Amend Complaint" (filed October 10, 2008) (doc. # 58). Pursuant to the Order of Reference dated August 12, 2008 (doc. # 17) and the memorandum dated October 10, 2008 (doc. # 59), this matter was referred to the Magistrate Judge. Mr. Fresquez acknowledges that "Nurse Candice" is the wrong name and seeks to amend the caption of the Amended Prisoner Complaint (doc. # 13) to name "Nurse Tatiana (Last Name Unknown)" at CHM as a Defendant. The court having reviewed the matter, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that Mr. Fresquez' "Motion to Amend Complaint" (filed October 10, 2008) (doc. # 58) is GRANTED and that the caption shall be amended to reflect that "Nurse Tatiana (Last Name Unknown)" has been substituted for Defendant "Nurse Candice (Last Name Unknown)."

1

DATED at Denver, Colorado, this 15th day of October, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge