FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 0 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01233-REB-CBS

LEROY DAMASIO FRESQUEZ,
    Plaintiff,
v.

DEPUTY BALDWIN, Jefferson County Sheriff,
SERGEANT ON DUTY WHO RECEIVED KITE REQUEST FORM (NAME UNKNOWN),
LIEUTENANT ON DUTY MAY 29TH, 2008 (NAME UNKNOWN),
CORRECTIONAL HEALTHCARE MANAGEMENT,
NURSE KRISTEN (LAST NAME UNKNOWN), CHM,
NURSE VICKY (LAST NAME UNKNOWN), CHM,
NURSE TRACY (LAST NAME UNKNOWN), CHM,
NURSE TATIANA (LAST NAME UNKNOWN), CHM,
NURSE SHERLY (LAST NAME UNKNOWN), CHM, and
NURSE BARB (LAST NAME UNKNOWN), CHM,
    Defendants.
    Defendants.

## SECOND ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

This civil action comes before the court for personal service of the Amended Prisoner Complaint (doc. # 13). Mr. Fresquez is currently incarcerated and is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* June 23, 2008 "Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of an Initial Partial Filing Fee" (doc. # 8)).

Defendant "Nurse Candice" has not waived service as "there is no such person as Nurse 'Candice' as stated on the summons." (*See* doc. # 30). Mr. Fresquez has since acknowledged that "Nurse Candice" is the wrong name and has amended the caption of the Amended Prisoner Complaint (doc. # 13) to name "Nurse Tatiana" at CHM as a Defendant. (*See* doc. # 60). Accordingly, IT IS ORDERED that:

    1.    The Clerk of the Court shall attempt to obtain a waiver of service from **Nurse Tatiana** at Correctional Healthcare Management, 200 Jefferson County Parkway, Golden,

1

CO 80401.

2.   If a waiver of service cannot be obtained by the Clerk, the United States Marshal shall serve a copy of the Amended Prisoner Complaint (doc. # 13) and summons upon Defendant "Nurse Tatiana." Where appropriate, the Marshal shall first attempt to obtain a waiver of service pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

3.   After service of process on her, Defendant "Nurse Tatiana" shall respond to the Amended Prisoner Complaint (doc. # 13) as provided in the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 16th day of October, 2008.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01233-REB-CBS

Leroy D. Resquez
#P00175857
Jefferson County Detention Fac.
PO Box 16700
Golden, CO 80402

US Marshal Service
Service Clerk
Service forms for: Nurse Tatiana

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Nurse Tatiana: AMENDED COMPLAINT FILED 07/23/08, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 10/24/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk