IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01233-CMA-CBS

LEROY DAMASIO FRESQUEZ,

    Plaintiff,

v.

DEPUTY BALDWIN, Jefferson County Sheriff,
SERGEANT ON DUTY WHO RECEIVED "KITE" REQUEST FORM (NAME UNKNOWN),
LIEUTENANT ON DUTY MAY 29TH 2008 (NAME UNKNOWN),
CORRECTIONAL HEALTHCARE MANAGEMENT,
NURSE KRISTEN (LAST NAME UNKNOWN), CHM.,
NURSE VICKY (LAST NAME UNKNOWN), CHM.,
NURSE TRACY (LAST NAME UNKNOWN), CHM.,
NURSE CANDICE (LAST NAME UNKNOWN), CHM.,
NURSE SHERLY (LAST NAME UNKNOWN), CHM., and
NURSE BARB (LAST NAME UNKNOWN), CHM.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that CHM Defendants' Motion to Amend Answer to Plaintiff's Amended Complaint (*doc. # 63*) is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, CHM Defendants' Amended Answer to Plaintiff's Claim for Medical Negligence (*doc no. 63-2*) tendered to the court on October 22, 2008.

    Upon review of Defendant Tatyana Biskup-Stojilkovic's Motion for Joinder *(doc. # 64)*,

    IT IS ORDERED that the motion is MOOT. The court will treat Defendant Biskup-Stojilkovic's filing as a "Joinder" to "CMH Defendants' Combined Motion and Brief to Dismiss" (doc. # 54) and the Clerk of Court shall modify the docket accordingly.

**DATED:**     October 23, 2008