IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01233-CMA-CBS

LEROY DAMASIO FRESQUEZ,
    Plaintiff,
v.

DEPUTY BALDWIN, Jefferson County Sheriff,
SERGEANT ON DUTY WHO RECEIVED "KITE" REQUEST FORM (NAME UNKNOWN),
LIEUTENANT ON DUTY MAY 29TH, 2008 (NAME UNKNOWN),
CORRECTIONAL HEALTHCARE MANAGEMENT,
NURSE KRISTEN (LAST NAME UNKNOWN), CHM,
NURSE VICKY (LAST NAME UNKNOWN), CHM,
NURSE TRACY (LAST NAME UNKNOWN), CHM,
NURSE TATIANA (LAST NAME UNKNOWN), CHM,
NURSE SHERLY (LAST NAME UNKNOWN), CHM, and
NURSE BARB (LAST NAME UNKNOWN), CHM,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Fresquez' "Motion" (filed November 26, 2008) (doc. # 75) (docketed by the Clerk of the Court as "Notice of Change of Address"). Pursuant to the Order of Reference dated August 12, 2008 (doc. # 17), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . ." Mr. Fresquez indicates that he has not received any mailings from the court since October 21, 2008, when he was released from custody. Pursuant to D.C. COLO. LCivR 10.1 M., Mr. Fresquez was required to file notice with the court within ten days after the change of his address or telephone number. Mr. Fresquez did not notify the court until November 26, 2008, more than 30 days after his change of address. The court now being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The court requests that the Clerk of the Court mail copies of docs. # 62, # 63, # 64, # 65, # 66, # 67, # 68, # 70, and # 74 to Mr. Fresquez at his new mailing address of 829 Osage St. Denver CO 80223.

1

2.      **Mr. Fresquez shall notify the court of his current telephone number on or before December 5, 2008.**

3.      **Mr. Fresquez shall appear in person in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294 for the Preliminary Scheduling Conference currently set on Friday December 5, 2008.**

DATED at Denver, Colorado, this 26th day of November, 2008.

BY THE COURT:

  s/Craig B. Shaffer
United States Magistrate Judge