# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-01233-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: June 24, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| LEROY DAMASIO FRESQUEZ, | *Pro se (via phone)* |
| Plaintiff, | |
| v. | |
| CORRECTIONAL HEALTHCARE MANAGEMENT, *et al.*, | Laura M. Wassmuth |
| BALDWIN, *et al.*, | James Lawrence Burgess |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** STATUS CONFERENCE
**Court in session:** 10:47 a.m.
Court calls case. Appearances of counsel.

The court advises Mr. Fresquez to keep the court informed when his address changes.

Discussion regarding the status of the case.

Discussion and arguments regarding Defendants' Joint Motion to Strike Plaintiff's Expert Disclosures, doc #[137], filed 4/15/2010.

**ORDERED:** Defendants' Joint Motion to Strike Plaintiff's Expert Disclosures, doc #[137] is **DENIED.** Plaintiff shall cure the deficiencies and supplement expert disclosures that comply with the rules no later than **JULY 24, 2010.**

Discussion and arguments regarding Defendants' Joint Motion for Extension of Time to Complete Expert Discovery, doc #[157], filed 6/1/2010.

**ORDERED:** Defendants' Joint Motion for Extension of Time to Complete Expert Discovery, doc #[157] is **GRANTED**. The deadline for completing expert discovery is extended to **AUGUST 23, 2010.** The court is not inclined to extend this deadline any further.

Discussion and arguments regarding Defendant Jefferson County Deputy Sheriff Craig Baldwin's Motion to Strike Plaintiff's "Response to Defendants County Deputy Sheriff Craig Baldwins Reply in Further Support of His Motion for Summary Judgment", doc #[166], filed 6/22/2010.

**ORDERED:** Defendant Jefferson County Deputy Sheriff Craig Baldwin's Motion to Strike, doc #[166] is **DENIED.**

Discussion regarding Plaintiff's Motion for Extension of Time to Respond to Motion for Summary Judgment Filed by the CHM Defendants, doc #[167], filed 6/23/2010. Mr. Fresquez states he has not received a copy of CHM's Motion for Summary Judgment, doc #[161].

Mr. Fresquez makes a request to amend his complaint. The court will not grant Plaintiff's oral motion to amend, and states that Plaintiff will have to file a Motion for Leave to Amend.

Discussion regarding the pending Motions for Summary Judgment.

Ms. Wassmuth makes an oral request to withdraw CHM's Motion for Summary Judgment, doc #[161], filed 6/9/2010.

**ORDERED:** Defendant CHM's oral motion to withdraw Motion for Summary Judgment, doc #[161] is **GRANTED WITHOUT PREJUDICE**. Doc #[161] is **WITHDRAWN.**

**ORDERED:** The Dispositive Motion deadline is extended to **SEPTEMBER 30, 2010.** The court is not inclined to extend this deadline any further.

**ORDERED:** In light of the court's ruling on doc #[161], Plaintiff's Motion for Extension of Time to Respond to Motion for Summary Judgment Filed by the CHM Defendants, doc #[167] is now **MOOT.**


HEARING CONCLUDED.

**Court in recess:**     **11:38 a.m.**
Total time in court:    00:51

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.