# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-01233-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: October 14, 2010 | Courtroom Deputy: Linda Kahoe |

LEROY DAMASIO FRESQUEZ,          *Pro se (via phone)*

    Plaintiff,

    v.

CORRECTIONAL HEALTHCARE          Laura M. Wassmuth
MANAGEMENT, *et al.,*
BALDWIN, *et al.,*          James Lawrence Burgess
         Writer Mott

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTION HEARING
**Court in session:** 3:28 p.m.
Court calls case. Appearances of counsel. *Mr. Fresquez appears pro se via phone.*

Discussion and arguments regarding Defendants' Joint Renewed Motion to Strike Plaintiff's Expert Disclosures, doc #[184], filed 8/13/2010.

The court states that Dr. Crum's document is a certificate of review, not an expert report.

The court will make a recommendation that Defendants' Joint Renewed Motion to Strike Plaintiff's Expert Disclosures, doc #[184], be granted.

**ORDERED:** Plaintiff's Response to CHM Defendants' Motion for Summary Judgment, doc #[199], is due on or before **OCTOBER 29, 2010.** Defendants may file reply briefs within 15 days.

**ORDERED:** Defendants' Responses to Plaintiff's Motion for Summary Judgment, doc #[204], are due on or before **NOVEMBER 3, 2010.** Plaintiff may file a reply brief within 15 days. Defense counsel are required to send their responses to Plaintiff's most current address. Mr. Fresquez shall immediately notify the court and Defense counsel of any changes in his address.

HEARING CONCLUDED.
**Court in recess:** 4:58 p.m.
Total time in court: 01:30

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.