IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01233-CMA-CBS

LEROY DAMASIO FRESQUEZ,
        Plaintiff,
v.

DEPUTY BALDWIN, Jefferson County Sheriff,
CORRECTIONAL HEALTHCARE MANAGEMENT,
NURSE KRISTA BIES,
NURSE TATYANA BISKUP-STOJILKOVIC,
NURSE VICTORIA CURTIS,
NURSE TRACY HAINES,
NURSE SHIRLEY WITHROW, and
NURSE BARBARA GREER,
        Defendants.

_____

ORDER

_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Fresquez' "Motion Requesting Production & Docket Sheet" (filed February 9, 2011) (Doc. # 253).  Pursuant to the Order of Reference dated August 12, 2008 (doc. # 17) and the memorandum dated February 10, 2011 (Doc. # 255), this matter was referred to the Magistrate Judge.  Mr. Fresquez requests that defense counsel re-mail him copies of their responses (Docs. # 249 and # 251) to his Objection (Doc. # 240) to the Recommendation of United States Magistrate Judge (Doc. # 233) and "for the Court Clerk to send Plaintiff (**docket sheet**) from January 2011 to present."  (*See* Doc. # 253).  The court now being sufficiently advised in the premises,

IT IS ORDERED that  Mr. Fresquez' "Motion Requesting Production & Docket Sheet" (filed February 9, 2011) (Doc. # 253) is GRANTED IN PART AND MOOTED IN PART.

a.    Mr. Fresquez' request for defense counsel re-mail him copies of their responses (Docs. # 249 and # 251) is MOOT, as such copies have already been re-mailed

to Mr. Fresquez by defense counsel.  (*See* Docs. # 256 and # 257 (certificates of mailing for CHM Defendants' February 7, 2011 Motion for Permission to Exceed Page Limitation and Response to Plaintiff's Objection to Magistrate's Recommendation and Order on Pending Motions and Defendant Jefferson County Deputy Sheriff Craig Baldwin's Response in Opposition to Plaintiff's Objection to the Magistrate Judge's Recommendation and Order on Pending Motions)).

      b.     Mr. Fresquez' request for a copy of the docket sheet is GRANTED.  The court requests that the Clerk of the Court mail to Mr. Fresquez a copy of the docket sheet in this civil action dated from January 1, 2011 to present.

      DATED at Denver, Colorado, this 11th day of February, 2011.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge