**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01233-CMA-CBS

LEROY DAMASIO FRESQUEZ,

    Plaintiff,

v.

JEFFERSON COUNTY,
DEPUTY BALDWIN, Jefferson County Sheriff's Office,
CORRECTIONAL HEALTHCARE MANAGEMENT,
NURSE KRISTA BIES,
NURSE TATYANA BISKUP-STOJILKOVIC,
NURSE VICTORIA CURTIS,
NURSE TRACY HAINES,
NURSE SHIRLEY WITHROW, and
NURSE BARBARA GREER,

    Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a Motion for Leave to Proceed In Forma Pauperis on Appeal on September 30, 2011 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
    ___ is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    ___ is not submitted
    ___ is missing affidavit
    _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

    __    is missing required financial information
    __    is missing an original signature by the prisoner
    X    is not on proper form (must use the court's current form)
    __    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   5th   day of October, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge